■ DANIEL H. WILLIAMS, III, Appellant, v DOUGLAS S. COPPOLA et al., Respondents. [858 NYS2d 646]—Motion for reargument or, in the alternative, leave to appeal to the Court of Ap-

peals denied. Present—Smith, J.P., Lunn, Peradotto, Green and Pine, JJ.